TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-03-00110-CV






Thomas J. Galland, Appellant


v.


David L. Winn d/b/a "eMDs" and AMT Solutions, Inc., Appellees






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT

NO. 01-210-C368, HONORABLE BURT CARNES, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N




 Appellant Thomas J. Galland filed with this Court a motion to dismiss, informing this
Court that he no longer wishes to pursue his appeal. Accordingly, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).



 

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: April 10, 2003